# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO REYES-TORRES,<br>　　aka "Fransico Reyes-Torres,"<br>　　aka "Diego Ortega-Carillo,"<br>　　aka "Diego Ortega-Carrillo,"<br><br>　　　　　Defendant. | Case No. 2:22-mj-00676-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed]<br><br>[Docket No. 12] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this  6th  day of September, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE